UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
    WALTER KRUPKA

                Plaintiff,

              -against-

    TF CORNERSTONE, INC., et al.

                Defendants.
------------------------------------------------------------- X

19 Civ. 11577 (LGS)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/5/2020

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an initial conference was held on March 5, 2020. It is hereby

**ORDERED** that Defendants shall file the motion to dismiss and accompanying memorandum of law by **April 2, 2020**. Plaintiff shall file his opposition by **April 23, 2020**. Defendants shall file the reply by **May 4, 2020**. The parties shall follow the Court's Individual Rules for the submission of materials.

The Case Management Plan will issue separately.

Dated: March 5, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**