UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WALTER KRUPKA,

                 Plaintiff,

- against -

TF CORNERSTONE, INC., et al.,

                 Defendants.

19 Civ. 11577

ORDER

---

LORNA G. SCHOFIELD, United States District Judge:

WHEREAS, a telephonic show cause hearing was held on June 4, 2020. It is hereby

**ORDERED** that, by **June 18, 2020**, Plaintiff shall file a brief that is no greater than twelve pages, double-spaced. The brief shall

- identify whether there are any cases were a nonmember employee is bound to comply, at his own prejudice, with a collective bargaining agreement's exhaustion requirements;
- address whether the collective bargaining agreement here governs the retaliation claim even though that claim arises out of Plaintiff's employment at a non-union building; and
- address whether any of the traditional defenses to contract formation, such as unconscionability or unenforceability due to public policy, are applicable to the circumstances in this case. It is further

**ORDERED** that Defendants shall, by **July 2, 2020**, file a response brief that is no greater than twelve pages, double-spaced.

An amended case management plan will issue separately.

Dated: June 4, 2020
      New York, New York

                                                LORNA G. SCHOFIELD
                                              UNITED STATES DISTRICT JUDGE