IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WALTER KRUPKA,<br><br>      *Plaintiff*,<br><br>v.<br><br>TF CORNERSTONE, INC., ROSS GABEL MARIO TODOROV and AMALIO BARETO<br><br>      *Defendants*. | **STIPULATION OF DISMISSAL**<br><br>Docket No.: 19-11577 |

**IT IS HEREBY STIPULATED AND AGREED** by the undersigned attorneys for the parties, that no party being an infant, incompetent person for whom a committee or conservatee has been appointed, and no person not a party has an interest in the subject matter of the action, this action is dismissed and discontinued with prejudice and without costs as to either party.

**IT IS FURTHER STIPULATED AND AGREED**, that this stipulation may be filed in counterparts, and that facsimile or photocopy signatures shall be deemed acceptable and treated as originals.

| | |
|---|---|
| */s/ Adam C. Lease* | */s/ Arthur J. Robb* |
| Adam C. Lease | Arthur J. Robb |
| Karpf, Karpf & Cerutti, P.C. | Clifton Budd & DeMaria, LLP |
| 3331 Street Road | The Empire State Building |
| Two Greenwood Square, Suite 128 | 350 Fifth Avenue, 61st Floor |
| Bensalem, PA 19020 | New York, NY 10118 |
| (215) 639-0801 | (212) 687-7410 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

APPROVED and SO ORDERED:

_____
Hon. Lorna G. Schofield, U.S.D.J.