IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WALTER KRUPKA,<br><br>        *Plaintiff,*<br><br>v.<br><br>TF CORNERSTONE, INC., ROSS GABEL<br>MARIO TODOROV and AMALIO BARETO<br><br>        *Defendants.* | **STIPULATION OF DISMISSAL**<br><br>Docket No.: 19-11577 |

**IT IS HEREBY STIPULATED AND AGREED** by the undersigned attorneys for the parties, that no party being an infant, incompetent person for whom a committee or conservatee has been appointed, and no person not a party has an interest in the subject matter of the action, this action is dismissed and discontinued with prejudice and without costs as to either party.

**IT IS FURTHER STIPULATED AND AGREED**, that this stipulation may be filed in counterparts, and that facsimile or photocopy signatures shall be deemed acceptable and treated as originals.

_____
Adam C. Lease
Karpf, Karpf & Cerutti, P.C.
3331 Street Road
Two Greenwood Square
Suite 128
Bensalem, PA 19020
(215) 639-0801
*Attorneys for Plaintiff*

_____
Arthur J. Robb
Kathryn Cronin
Clifton Budd & DeMaria, LLP
The Empire State Building
350 Fifth Avenue, 61st Floor
New York, NY 10118
(212) 687-7410
*Attorneys for Defendants*

APPROVED and SO ORDERED:

_____
Hon. Lorna G. Schofield, U.S.D.J.